IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAWN T. WILLEY,<br><br>          Plaintiff,<br><br>    vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>a Delaware corporation;<br><br>          Defendant. | 8:20CV263<br><br>AMENDED<br>CASE PROGRESSION ORDER |

      This matter is before the Court on the parties' Joint Text Email Motion to Extend Case Progression Order Deadlines (Filling No. 28). For good cause shown, the Court will grant the requested extensions for all unexpired deadlines. Accordingly,

      **IT IS ORDERED** that the parties' Joint Text Email Motion to Extend Case Progression Order Deadlines (Filling No. 28) is granted, and the case progression order is amended as follows:

1) The deadlines identifying expert witnesses and for completing expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   | | |
   |---|---|
   | For the plaintiff: | **August 13, 2021** |
   | For the defendant: | **September 14, 2021** |
   | Plaintiff's rebuttal: | **October 12, 2021** |

2) The deadline for completing written discovery under Rules 33, 34, 36, and 45 of the Federal Rules of Civil Procedure is **November 29, 2021**. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **December 13, 2021**.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

3) The planning conference scheduled for September 10, 2021, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **December 10, 2021**, at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

4) The deadline for filing motions to dismiss and motions for summary judgment is **December 27, 2021**.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **December 27, 2021**.

6) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **January 25, 2022**.

    The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is **twelve (12).**

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 16th day of April, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge